FILED

FEB 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10003 |
| Plaintiff - Appellee, | D.C. No. 2:11-cr-02310-DGC |
| v. | |
| MERCEDES SALAZAR-VALENZUELA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted February 18, 2014[**]

Before:    ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Mercedes Salazar-Valenzuela appeals from the district court's judgment and

challenges her guilty-plea conviction and 210-month sentence for conspiracy to

possess with intent to distribute methamphetamine, in violation of 21 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§§ 841(a)(1), 841(b)(1)(A), and 846.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Salazar-Valenzuela's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Salazar-Valenzuela the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Salazar-Valenzuela has waived her right to appeal her conviction and sentence.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver.  *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**